DANIEL J. BRODERICK, #89424
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jovita Cervantez-Sanchez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-cr-00144 LJO |
| Plaintiff, | STIPULATION AND ORDER STRIKING SURPLUSAGE FROM INDICTMENT PURSUANT TO FED. R. CRIM. PRO. 7(d) |
| v. | |
| JOVITA CERVANTEZ-SANCHEZ, | |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

On May 5, 2012, the federal government indicted defendant Jovita Cervantez-Sanchez for violating 8 U.S.C. §1326(a) and (b)(2). The government alleged that Cervantez-Sanchez was excluded, deported or removed from the United States on or about May 18, 2011, and thereafter was found in the Eastern District of California without the requisite permission. The indictment further alleges that Ms. Cervantez-Sanchez has a conviction for "Possession of narcotic for sale, in violation of California Health and Safety Code § 1135, on or about January 7, 1991," in San Mateo County Case No. C25308-02.

On September 7, 2012, Ms. Cervantez-Sanchez filed a motion requesting an order striking surplusage from the indictment in this matter pursuant to rule 7 of the Federal Rules of Criminal Procedure . (Docket # 12). Specifically, Cervantez-Sanchez requested an order striking from the indictment as surplusage any reference to 8 U.S.C. §1326 (b)(2), and any reference to the alleged conviction for possession of a narcotic for sale in Case No. C25308-02. The defense filed this motion in

1   the belief that the conviction in San Mateo County Case No. C25308-02 would be set aside based upon a
2   violation of Ms. Cervantez-Sanchez's fundamental Constitutional rights to effective representation of
3   counsel, and the right to be advised of the immigration consequences that would follow the conviction.
4       On September 14, 2012, the Superior Court of the State of California, County of San Mateo, issued
5   an order vacating Ms. Cervantez-Sanchez's conviction for possession of a narcotic for sale in Case No.
6   C25308-02 because Cervantez-Sanchez "was not advised of immigration consequences as required by
7   [California] Penal Code section 1016.5 and was not advised by counsel of immigration consequences as
8   required by constitutional standards." (Copy of Order attached as Exhibit "A").  The Superior Court also
9   granted a prosecution motion to amend the information in Case No. C25308-02 to add a misdemeanor
10  charge of accessory to a felony, in violation of California Penal Code section 32, at the same time and
11  place as the original charge.  The Superior Court then accepted Ms. Cervantez-Sanchez's guilty plea to the
12  new misdemeanor violation of Penal Code section 32, NUNC PRO TUNC to January 7, 1991, the time of
13  the original plea, and the court sentenced Cervantez-Sanchez to a one year term of probation, NUNC PRO
14  TUNC to the time of the original plea, and deemed the term of probation successfully served and
15  completed, as of January 7, 1992.  (See Exhibit "A").
16      Thereafter, on September 24, 2012, the Government filed a Notice of "Non-Opposition to
17  Defendant's Motion for Order Striking Surplusage Pursuant to Fed. R. Crim. Pro. 7(d)."  (Docket # 13).
18      Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the parties hereto
19  through their respective counsel, ANDREW L. GRADMAN, Special Assistant United States Attorney,
20  counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Jovita
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Cervantez-Sanchez, that Defendant's Motion for Order Striking Surplusage Pursuant to Fed. R. Crim. Pro. 7(d) may be granted, and the Indictment in this matter may be amended as set forth in Exhibit "B".

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: December 3, 2012        By /s/ Andrew L. Gradman
                                        ANDREW L. GRADMAN
                                        Special Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: December 3, 2012        By /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Jovita Cervantez-Sanchez

## **O R D E R**

IT IS SO ORDERED.

**Dated:   December 5, 2012**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE