JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jovita Cervantez-Sanchez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:12-cr-00144 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE AND ORDER THEREON |
| v. ) | |
| ) | Date: February 4, 2013 |
| JOVITA CERVANTEZ-SANCHEZ, ) | Time: 8:30 a.m. |
| ) | Judge: Hon. Lawrence J. O'Neill |
| Defendant. ) | |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, ANDREW L. GRADMAN, Special Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Jovita Cervantez-Sanchez, that the date for status conference in this matter may be continued to February 4, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is January 22, 2013. The requested new date is February 4, 2013.**

The defendant is charged with illegal reentry after deportation. She previously had a single felony conviction which was the basis for her deportation; however, the State of California has vacated the conviction based on its determination that the conviction was constitutionally infirm. Consequently, a petition to reopen Ms. Cervantez-Sanchez's immigration has been filed and it is anticipated that the matter will be ruled on within the coming two weeks. This ruling will impact how Ms. Cervantez-Sanchez

chooses to proceed in the instant matter. For this reason it is requested that a short continuance be granted to allow for a ruling in the immigration proceedings.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 17, 2013        By /s/ Andrew L. Gradman
                               ANDREW L. GRADMAN
                               Special Assistant United States Attorney
                               Attorney for Plaintiff


JOSEPH SCHLESINGER
Acting Federal Defender

DATED: January 17, 2013        By /s/ Eric V. Kersten
                               ERIC V. KERSTEN
                               Assistant Federal Defender
                               Attorney for Defendant
                               Jovita Cervantez-Sanchez


**O R D E R**

IT IS SO ORDERED.

**Dated:     January 17, 2013          /s/  Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

Cervantez-Sanchez: Stipulation to Continue Status Conference        2