JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jovita Cervantez-Sanchez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>              Plaintiff,              )<br>                                      )<br>       v.                             )<br>                                      )<br>JOVITA CERVANTEZ-SANCHEZ,             )<br>                                      )<br>              Defendant.              )<br>                                      )<br>_____) | NO. 1:12-CR-00144 LJO<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE AND ORDER THEREON<br><br>Date:  March 4, 2013<br>Time:  8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MEGAN RICHARDS, Special Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Jovita Cervantez-Sanchez, that the date for status conference in this matter may be continued to March 4, 2013, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is February 4, 2013.  The requested new date is March 4, 2013.**

   The defendant  is charged with illegal reentry after deportation.  She previously had a single felony conviction which was the basis for her deportation; however, the State of California has vacated the conviction based on its determination that the conviction was constitutionally infirm. Consequently, a petition to reopen Ms. Cervantez-Sanchez's immigration has been filed and we are awaiting a ruling on that matter.  The ruling in the immigration proceedings will impact how Ms. Cervantez-Sanchez chooses

to proceed in the instant matter. For this reason it is requested that a continuance be granted to allow for a ruling in the immigration proceedings.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: January 31, 2013        By  /s/ Megan Richards
                                                MEGAN RICHARDS
                                                Special Assistant United States Attorney
                                                Attorney for Plaintiff

                                                JOSEPH SCHLESINGER
                                                Acting Federal Defender

DATED: January 31, 2013        By /s/ Eric V. Kersten
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Jovita Cervantez-Sanchez

## **O R D E R**

IT IS SO ORDERED.

**Dated:   February 1, 2013**      /s/  Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE